**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 99-6554**

ANTHONY SEXTON, SR.,

                                  Petitioner - Appellant,

        versus

RONALD J. ANGELONE, Director of the Virginia
Department of Corrections,

                                  Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca B. Smith, District Judge.
(CA-98-36-2)

Submitted:  July 22, 1999          Decided:  July 28, 1999

Before ERVIN, HAMILTON, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Anthony Sexton, Sr., Appellant Pro Se. Mary Kathleen Beatty Martin, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Sexton, Sr., seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny his motion for appointment of counsel and his amended motion for certificate of appealability, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. See Sexton v. Angelone, No. CA-98-36-2 (E.D. Va. Mar. 23, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2